OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Stephen C. Norman**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**David C. McBride**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Allen M. Terrell, Jr.**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RE:   AES Corp. v. Dow Chemical Co., et al
      CA 99-673 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## Redacted Version of Docket Sheet

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00673-JJF
## Internal Use Only

AES Corp. v. Dow Chemical Co., et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0

Case in other court:   USDC/SD/TX, 98cv4006

   USDC/DE, 99cv491MMS

Date Filed: 10/13/1999
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

Cause: 15:78m(a) Securities Exchange Act

**Plaintiff**

**AES Corp.**   represented by **Stephen C. Norman**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6038
Fax: (302) 658-1192
Email: snorman@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Dow Chemical Company**   represented by **David C. McBride**
Young, Conaway, Stargatt & Taylor
The Brandywine Building

        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600
        Email: dmcbride@ycst.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Dynegy Power Corporation**     represented by **Allen M. Terrell, Jr.**
*TERMINATED: 04/20/2000*         Richards, Layton & Finger
*formerly known as*              One Rodney Square
Destec Energy Inc.               P.O. Box 551
        Wilmington, DE 19899
        (302) 651-7732
        Fax: (302) 498-7732
        Email: terrell@rlf.com
        *TERMINATED: 04/20/2000*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **David C. McBride**
        (See above for address)
        *TERMINATED: 01/11/2000*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text01/07/2000 |
|---|---|---|
| 01/07/2000 | 75 | Appendix to Brief Filed by Dow Chemical Co. Appending DI 74, Dow's memo. in sup. of motion to dismiss amended complaint--------------SEALED (bkb) (Entered: 01/10/2000) |