OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/5/05

David C. McBride
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

RE:     **AES Corp. V. Dow Chemical Comp., et al**
CA 99-673 JJF

Dear Counsel:

Pursuant to the Order entered on 6/29/05 by the Honorable Joseph J. Farnan, Jr., the following document is herewith being returned to you:

ITEMS:     75.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dinc_

I hereby acknowledge receipt of the above mentioned documents

on _8/8/05_          _Jan Barter_

Signature